JON M. SANDS
Federal Public Defender
ELENA M. KAY
Assistant Federal Public Defender
State Bar No. 026391
Email: elena_m_kay@fd.org
JAY A. MARBLE
Assistant Federal Public Defender
State Bar No. 021202
407 W. Congress, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Of America,<br><br>        Plaintiff,<br><br>v.<br><br>Rony Oswaldo Asencio De Leon,<br><br>        Defendant. | CR18-01992-TUC-RM (JR)<br><br>DEFENDANT'S NOTICE OF DISCLOSURE OF WITNESS LIST |

Notice is hereby given that counsel for the defendant, Rony Asencio de Leon will be calling the following list of witnesses during the defendant's case in chief.  A summary of each witness' expected testimony has been provided to the government via email.  The defense reserves the right to amend this witness list until the court's imposed deadline.

1. Robbie Salcido

2. James Y. Soto (expert witness)

3. Jonathan Sandoval (video deposition)

4. Ruben Pol-Perez (video deposition)

5.  Diego Velasquez-Ca (Video deposition)

**RESPECTFULLY SUBMITTED:** November 27, 2018.

JON M. SANDS
Federal Public Defender

*/s/ Elena M. Kay/Jay A. Marble*
ELENA M. KAY/JAY A. MARBLE
Assistant Federal Public Defenders

*Copy of the foregoing has been provided by electronic transmittal via the CM/ECF System, or by other means to:*

Liza Granoff, AUSA